UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

JESUS BORJA, ON BEHALF OF HIMSELF,
FLSA COLLECTIVE PLAINTIFFS AND THE
CLASS,                                                      **MEMORANDUM & ORDER**
                                                            22-CV-6178 (EK)(VMS)
                            Plaintiffs,

                    -against-

MSK RESTURANT CORP. D/B/A/ YANGSANDO
AND KEUM SOON PARK,

                            Defendants.

--------------------------------------x

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Scanlon's

Report and Recommendation (R&R) dated February 13, 2026.  ECF

No. 38.

        This Court previously held that defendants were liable

under both the Fair Labor Standards Act (FLSA) and the New York

Labor Law (NYLL).  *See* Order Adopting Report and Recommendation,

ECF No. 35.  That Order also denied, on Judge Scanlon's

recommendation, plaintiff's motion for damages (without

prejudice).  *Id.*  Plaintiff then filed the instant motion

regarding damages.  ECF No. 36.  Judge Scanlon now recommends

that the Court grant plaintiff's motion for the award of damages

as a component of the contemplated default judgment.  R&R 1.[1]

---

[1] Although plaintiff originally filed this action as a putative class
action, he seeks judgment only on his own behalf.

The R&R concludes that plaintiff's recovery under the NYLL would be greater than under the FLSA and therefore calculates damages under the NYLL. *Id.* at 6. On that basis, the R&R sets out a comprehensive recommendation of the damages to which plaintiff is entitled under that law. *Id.* at 13-14.

Neither party has filed objections, and the time to do so has expired. Accordingly, the Court reviews Judge Scanlon's recommendation for clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no clear error and therefore adopt the R&R in its entirety. Thus, I grant plaintiff's motion for damages and order that default judgment shall issue awarding plaintiff damages as follows: (1) $55,620.00 in unpaid overtime wages; (2) $5,850.00 in unpaid spread-of-hours wages; (3) $68,250.00 in misappropriated tips; (4) $129,720.00 in liquidated damages; (5) pre-judgment interest in the amount of $56,718.27, plus $31.99 *per diem* from February 13, 2026 until judgment is entered; and (6) post-judgment interest on the total amount of damages, at the rate set forth in 28 U.S.C. § 1961, calculated from the date on which the Clerk of Court enters judgment until the date of payment. I also order a fifteen-percent increase in plaintiff's NYLL damages if

2

they remain unpaid more than ninety days after the entry of judgment or the expiration of time to appeal, whichever is later.  Defendants are jointly and severally liable.  Plaintiff does not seek attorney's fees or costs, and accordingly none are awarded.  *See* Mot. for Default Judgment 1.

The Clerk of Court is respectfully directed to mail this Memorandum and Order and a copy of the judgment to the defendants at their last known addresses.


SO ORDERED.


/s/ Eric Komitee
ERIC KOMITEE
United States District Judge


Dated:    March 19, 2026
          Brooklyn, New York

3